## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MICHAEL D. HEFLIN**                                                                                  **PLAINTIFF**

**v.**                                         **Case No. 4:13-cv-00053 KGB**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                       **DEFENDANT**

## ORDER

The Court has carefully reviewed the report and recommended disposition filed in this case (Dkt. No. 14). No party has objected to the report and recommended disposition, and the time to do so has now passed. The Court hereby accepts the recommended disposition, reverses the decision of the Commissioner of the Social Security Administration determining that plaintiff Michael D. Heflin can do his past work, and remands this case to Carolyn W. Colvin, Acting Commissioner, for further proceedings. The Court will enter judgment remanding the case and instructing the Commissioner to obtain new vocational evidence and then to determine whether Mr. Heflin is entitled to disability benefits.

SO ORDERED this 24th day of July, 2014.

_____
Kristine G. Baker
United States District Judge