IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL D. HEFLIN**                                                                                    **PLAINTIFF**

v.                                            Case No. 4:13-cv-00053 KGB

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is considered, ordered, and adjudged that the final decision of the Commissioner of the Social Security Administration is reversed, and this case is remanded for the reasons articulated in the recommended disposition.

On remand, the Commissioner's Administrative Law Judge ("ALJ") shall obtain accurate vocational evidence about available work. The ALJ may obtain vocational evidence by conducting a hearing or using written interrogatories. Once those actions are completed, the ALJ shall determine whether claimant Michael D. Heflin is entitled to disability benefits.

SO ORDERED this 24th day of July, 2014.

_____
Kristine G. Baker
United States District Judge